

**FILED**

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0170

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0170

_____

MONTY CLARENCE PETERSEN,

    Plaintiff and Appellant,

v.                                O R D E R

JENNIFER J. SIMON, APRN,

    Defendant and Appellee.

_____

Appellant, Monty Clarence Petersen, moves this Court for leave to file a supplemental brief pursuant to Mont. R. App. P. 12(10). Appellee, Jennifer J. Simon, APRN, opposes Petersen's motion.

Petersen seeks leave to file a supplemental brief to address this Court's recently issued Opinion in _Estate of Phillips v. Robbins_, 2024 MT 174, ___ Mont. ___, ___ P.3d ___. Petersen asserts that "[t]here exist factual and legal differences between the instant case and _Phillips_, which [Petersen] would like an opportunity to explain."

"Motions to file . . . supplemental briefs will not be routinely granted. Motions to file such briefs must be supported by an affidavit demonstrating extraordinary justification." Mont. R. App. P. 12(10). This Court is obviously well aware of our Opinion in _Phillips_ and the factual and legal differences between this case and _Phillips_. Those differences are substantively addressed in our Opinion, issued contemporaneously with this Order. Therefore,

Appellant's Motion for Leave to File Supplemental Briefing is DENIED.

DATED this 27ᵗʰ day of August, 2024.

**FILED**

AUG 27 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____
Justices